## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

June 9, 2020

**By ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe/*  
Paul G. Gardephe, U.S.D.J.

Dated: June 10, 2020

    Re:   *United States v. Tonja Lewis*  
           **19 Cr. 789 (PGG)**

Dear Judge Gardephe:

    My client, Tonja Lewis, respectfully requests a variance of her present pretrial travel restrictions-which are the Southern District of New York, the Eastern District of New York and New Jersey, where she resides-to allow her to travel to Charlotte, North Carolina from Friday, June 12 2020 until Monday, June 22, 2020, to attend her mother's cremation and a celebration of her life, who unfortunately passed away from the coronavirus.

    Ms. Lewis will be traveling with her husband and staying at a Best Western hotel located in Charlotte, North Carolina.

    AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this request.

Very truly yours,

*/s/ William J. Stampur/*  
William J. Stampur

cc:    AUSA Louis Pellegrino

USPTO Luis Baez
USPTO Natasha Ramesar