# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

November 9, 2020

**By ECF**  
Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*  
Paul G. Gardephe, U.S.D.J.

Dated: November 10, 2020

Re:   *United States v. Tonja Lewis,* 19 Cr. 789 (PGG)

Dear Judge Gardephe:

My client, Tonja Lewis, respectfully requests a variance of her present pretrial travel restrictions - which are the Southern District of New York, the Eastern District of New York, and New Jersey, where she resides - to allow her to travel to Douglasville, Georgia, via United Airlines, leaving Monday, November 16, 2020, and returning Friday, November 20, 2020.

Ms. Lewis will be staying at her godsister's residence, located at 8445 Brook Lake Lane, Douglasville, GA 30134. She will be attending a community event for the less fortunate as a part of her godsister's non-profit organization.

AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this request. Ms. Lewis acknowledges that she will need to quarantine upon her return for 14 days due to the COVID-19 pandemic.

Very truly yours,

*William J. Stampur*  
William J. Stampur

cc:   AUSA Louis Pellegrino, USPTO Luis Baez,  
      USPTO Natasha Ramesar