# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*/s/ Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: March 10, 2021

March 8, 2021

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Tonja Lewis*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

My client, Tonja Lewis, requests a variance of her present pretrial travel restrictions – which are the Southern District of New York, the Eastern District of New York and New Jersey, where she resides – to allow her to travel to Kissimmee, Florida.

Ms. Lewis will be staying at the Silver Lake Resort located at 7751 Black Lake Road, Kissimmee, FL 34747. She will be leaving Friday, March 12, 2021 and returning Tuesday, March 16, 2021.

AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this request. Ms. Lewis acknowledges that she will need to quarantine upon her return for 10 days due to the COVID-19 pandemic.

Very truly yours,

William J. Stampur

cc: AUSA Louis Pellegrino
    USPTO Luis Baez
    USPTO Natasha Ramesar

WS/Lewis/Travel Rqst/Kissimmee FL