# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240

July 14, 2021

**By ECF**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: July 16, 2021

Re:   *United States v. Tonja Lewis*, 19 Cr. 789 (PGG)

Dear Judge Gardephe:

My client, Tonja Lewis, respectfully requests a variance of her pretrial travel restrictions—which are the Southern and Eastern Districts of New York and New Jersey, where she resides—to allow her to travel to a family member's funeral in Rochester, New York.

Ms. Lewis will be leaving this Thursday, July 15, 2021, and returning Wednesday, July 21, 2021. She will be staying at her sister's residence, located at 246 Ferncliffe Drive, Rochester, NY 14621. Ms. Lewis will be traveling by car.

AUSA Louis Pellegrino and USPTO's Luis Baez and Natasha Ramesar have no objection to this travel request.

Very truly yours,

William J. Stampur

cc:   AUSA Louis Pellegrino (By ECF)
      AUSA Mathew Andrews (By ECF)
      USPTO Luis Baez (By ECF)
      USPTO Natasha Ramesar (By ECF)

WS/Lewis/Travel Rqst 6/Funeral