UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

     - v. -

TONJA LEWIS,
    a/k/a "J1,"

                Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The hearing scheduled for July 28, 2021 as to Defendant Tonja Lewis is adjourned sine die.

Dated: New York, New York
       New York, New York
       July 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge