UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　- v. -<br><br>TONJA LEWIS,<br>　　a/k/a "J1,"<br><br>　　　　　　　　　　Defendant. | **ORDER**<br><br>19 Cr. 789 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　Defendant Tonja Lewis's sentencing will take place on **December 3, 2021 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Lewis are due by **November 12, 2021**.  The Government's submission is due by **November 19, 2021**.

　　　　The Probation Department is directed to prepare a presentence investigation report for Defendant Lewis.

Dated: New York, New York
　　　　August 4, 2021

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge

1