UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONJA LEWIS,
    a/k/a "J1,"
ANGELA MYERS,
    a/k/a "Angie,"
KOURTNEI WILLIAMS,

            Defendants.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Kourtnei Williams's sentencing, currently scheduled for December 15, 2021, is adjourned to **December 16, 2021 at 2:00 p.m.**

Tonja Lewis's sentencing, currently scheduled for December 15, 2021, is adjourned to **December 16, 2021 at 3:00 p.m.**

Angela Myers's sentencing, currently scheduled for December 15, 2021, is adjourned to **December 16, 2021 4:00 p.m.**

Dated: New York, New York
       December 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge