UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

TONJA LEWIS,

                     Defendant.

**ORDER**

19 Cr. 789 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to provide authority for the proposition that the Defendant is a "public official" for purposes of the Guidelines enhancement under U.S.S.G. § 2C1.1(a)(1) forthwith.  (Gov't Sent. Br. (Dkt. No. 597) at 3-4; PSR (Dkt. No. 557) ¶ 35)

Dated: New York, New York
           December 14, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge