# STAMPUR & ROTH
### ATTORNEYS AT LAW

WILLIAM J. STAMPUR  
JAMES ROTH

299 BROADWAY, SUITE 800  
NEW YORK, N.Y. 10007

(212) 619-4240  
FAX (212) 619-6743

December 21, 2021

**By ECF**

Honorable Paul G. Gardephe  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**:  
Pretrial Services is directed to return Ms. Lewis's passport to her.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe  
United States District Judge  
Dated: December 23, 2021

Re: *United States v. Tonja Lewis, et al.,*

Dear Judge Gardephe:

I write on behalf of my client, Tonja Lewis, to respectfully request that her passport, which is currently held by Pretrial Services, be returned to Ms. Lewis.

Ms. Lewis' criminal matter has been resolved and she is currently serving a two-year term of Supervised Release. The government has no objection to this request. Ms. Lewis' home address is 31 Vose Avenue, Suite 855, South Orange, NJ 07079.

Wherefore, I respectfully request Your Honor endorse this letter and order Ms. Lewis' passport to be returned to her.

Thank you for your attention to this matter.

Very truly yours,

William J. Stampur (signature)

cc: All Parties of Record (By ECF)

WS/Lewis/Ltr to Ct/Return of Passport